## No. 14,162.

LONDON MOUNTAIN GOLD MINING COMPANY *v.* LADD.

(.. P. [2d] ..)

Decided June 14, 1937.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. ROBERT D. ELDER, for plaintiff in error.

Mr. J. F. LITTLE, for defendant in error.